Form oavolssn − oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−28399−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara Lynn Van Hassel
   25 Dena Drive
   Wanaque, NJ 07465

Social Security No.:
   xxx−xx−0862

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO VOLUNTARY PETITION AND/OR
## STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

   The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on 10/29/2019, and for good cause shown, it is

   ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

   1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

   2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

   3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: November 4, 2019
JAN: sjp

                        Stacey L. Meisel
                        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Barbara Lynn Van Hassel  
    Debtor

Case No. 19-28399-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Nov 04, 2019  
                   Form ID: oavolssn    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.  
db          +Barbara Lynn Van Hassel,  25 Dena Drive,  Wanaque, NJ 07465-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2019 00:25:59    United States Trustee,  Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,  Newark, NJ 07102-5235  
                                                                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:

       Glenford Washington Warmington    on behalf of Creditor    Kenwood Commons Condominium Assoc., Inc.    attorneys@lawgapc.com  
       Leonard R Boyer    on behalf of Debtor Barbara Lynn Van Hassel lrbnjesq@gmail.com, mcordova48890@aol.com;r.lr73573@notify.bestcase.com;aocasio768@aol.com  
       Marie-Ann  Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A fka The Bank of New York Trust Company Et Al... rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 5