**BOYER COFFY, LLC.**
**970 Clifton Ave, Suite 201**
**Clifton, New Jersey 07013**
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

| | |
|---|---|
| In Re:<br><br>Barbara Lynn Van Hassel<br><br>Debtor, | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No: 19-28399SLM<br><br>Chapter 13<br><br>**Hearing Date: 12/11/19** |

## OPPOSITION TO TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

On or about October 23, 2019, Marie-Ann Greenberg, Chapter 13 Standing Trustee, file an Objection to Confirmation of Plan.

An amended Chapter 13 Plan has been filed this day, to include HOA as well as 100% payment to unsecured creditors.

All documents required by trustee have been submitted via 13document, proof of same is enclosed.

Debtor is currently unemployed, she's presently seeking employment, we hopes to be full time employed by the end of December, 2019.

If Debtor is not fully employed by December, 2019, she will then have no choice but to convert her Chapter 13 to a Chapter 7.

Debtor sold her stock to be able to afford this bankruptcy and keep her home, debtor only has her mortgage, HOA and one credit card.

Debtor prays that Ms. Greenberg and the Bankruptcy Court will allow her the opportunity to find employment until the end of December, 2019, so that she may keep her home.

/s/ LEONARD R. BOYER, ESQ.
LEONARD R. BOYER, ESQ.

Dated: November 7, 2019