IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION



**Glenford W. Warmington, Esq. (ID # 034842009)**
**Griffin Alexander, P.C.**
**415 Route 10, 2nd Floor**
**Randolph, New Jersey 07869**
**(973) 366-1188 Fax (973) 366-4848**
**Attorney for Kenwood Commons Condominium Association Inc.**

**Order Filed on January 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In re | ) Chapter 13 |
|  | ) |
| **Barbara Lynn Van Hassel** | ) Case No.: 19-28399-SLM |
|  | ) |
| Debtor | ) |

Recommended Local Form: _____ Followed    __X__ Modified

## ORDER FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 10, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Creditor, Kenwood Commons Condominium Association Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown from the Certification submitted by Kenwood Commons Condominium Association Inc., it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

a. File additional liens as necessary on the Debtor's property, known as 25 Dena Drive, Wanaque, New Jersey 07465; and,

b. Institute or pursue litigation based upon any existing liens against the Debtor's property known as 25 Dena Drive, Wanaque, New Jersey 07465; and,

c. Institute and/or pursue litigation against the Debtor, <u>personally</u>, for post-petition and pre-petition monies due and owing; and,

d. Imposition of legal fees and cost incurred for this Motion.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.