Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 19−28399−SLM
                      Chapter: 13
                      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Barbara Lynn Van Hassel
    25 Dena Drive
    Wanaque, NJ 07465

Social Security No.:
    xxx−xx−0862

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: rah

                                                                                     Jeanne Naughton
                                                                                   Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                                Case No. 19-28399-SLM
Barbara Lynn Van Hassel                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 1           Date Rcvd: Jan 10, 2020
                               Form ID: 148                Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
```
db             +Barbara Lynn Van Hassel,    25 Dena Drive,    Wanaque, NJ 07465-1422
cr             +Kenwood Commons Condominium Assoc., Inc.,   c/o Griffin Alexander, P.C.,   415 Route 10,
                 Suites 6-8,    Randolph, NJ 07869-2100
518481974      +Bank of America,   c/o KML Law Group, PC.,    216 Haddon Ave, Suite 406,
                 Westmont, NJ 08108-2812
518534739      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
518526518      +Kenwood Commons Condominium Association Inc.,    Griffin Alexander, P.C.,
                 415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518481975      +EDI: CHASE.COM Jan 11 2020 04:58:00     Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
518602907       EDI: BANKAMER.COM Jan 11 2020 04:53:00     The Bank of New York Mellon Trust Company, et al,
                 c/o Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A fka The
               Bank of New York Trust Company Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Glenford Washington Warmington    on behalf of Creditor    Kenwood Commons Condominium Assoc., Inc.
               attorneys@lawgapc.com
              Leonard R Boyer    on behalf of Debtor Barbara Lynn Van Hassel lrbnjesq@gmail.com,
               mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A fka
               The Bank of New York Trust Company Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```