IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

**Glenford W. Warmington, Esq. (ID # 034842009)**
**Griffin Alexander, P.C.**
**415 Route 10, 2nd Floor**
**Randolph, New Jersey 07869**
**(973) 366-1188 Fax (973) 366-4848**
**Attorney for Kenwood Commons Condominium Association Inc.**

Order Filed on January 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re | ) Chapter 13 |
| **Barbara Lynn Van Hassel** | ) Case No.: 19-28399-SLM |
| Debtor | ) |

**Recommended Local Form:** _____ Followed    __X__ Modified

**ORDER FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 10, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Creditor, Kenwood Commons Condominium Association Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown from the Certification submitted by Kenwood Commons Condominium Association Inc., it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

a. File additional liens as necessary on the Debtor's property, known as 25 Dena Drive, Wanaque, New Jersey 07465; and,

b. Institute or pursue litigation based upon any existing liens against the Debtor's property known as 25 Dena Drive, Wanaque, New Jersey 07465; and,

c. Institute and/or pursue litigation against the Debtor, <u>personally</u>, for post-petition and pre-petition monies due and owing; and,

d. Imposition of legal fees and cost incurred for this Motion.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                            Case No. 19-28399-SLM
Barbara Lynn Van Hassel                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Jan 10, 2020
                            Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Barbara Lynn Van Hassel,    25 Dena Drive,    Wanaque, NJ 07465-1422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A fka The
           Bank of New York Trust Company Et Al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Glenford Washington Warmington    on behalf of Creditor    Kenwood Commons Condominium Assoc., Inc.
           attorneys@lawgapc.com
          Leonard R Boyer    on behalf of Debtor Barbara Lynn Van Hassel lrbnjesq@gmail.com,
           mcordova48890@aol.com;ana.ocasio@boyercoffylaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A fka
           The Bank of New York Trust Company Et Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```